**ORDERED.**

**Dated: March 19, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Francisco Ramirez, | ) | Case No.: 6:26-bk-00076-GER |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE**

THIS CASE came on for consideration without a hearing based on the Trustee's Motion to Dismiss Bankruptcy Case filed on February 20, 2026 (Doc. No. 14). The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service. No party filed a response within the time permitted. The Court therefore considers the matter to be unopposed. The Court, having reviewed the Motion and being duly advised in the premises finds it should be granted. Accordingly, it is

**ORDERED**:

1. Trustee's Motion to Dismiss Bankruptcy Case (Doc. No. 14) is GRANTED.

2. The automatic stay under Section 362(a) of the Bankruptcy Code is no longer in effect.

3. The Chapter 7 Bankruptcy Case is Dismissed.

# # #

Trustee Lori Patton is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.